IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01674-MSK

JOSEPH WILSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

### ORDER OF REASSIGNMENT
_____

THIS MATTER comes before the Court *sua sponte*. It appears that this case is appropriate for pre-merits management and subject to reassignment pursuant to D.C.COLO.LCivR 40.1. With the approval of Chief Judge Wiley Y. Daniel,

**IT IS THEREFORE ORDERED** that this case is hereby reassigned to the Honorable John L. Kane, Senior District Judge. The Clerk shall effect such reassignment.

DATED this 16th day of December, 2011.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge