IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-1674-AP**

**JOSEPH WILSON,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER

Kane, J.

Defendant's Unopposed Motion to Remand (doc. #26), filed March 2, 2012, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  March 5, 2012.

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT